UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  
**GOE Lima, LLC**  
    Debtor(s)

**JUDGE MARY ANN WHIPPLE**

Case No. 08-35508

**GOE Lima, LLC Liquidating Trust**  
    Plaintiff,  
v.  
**Anthem Insurance Companies, Inc.**  
dba Anthem Blue Cross Blue Shield  
    Defendant(s).

Adversary Proceeding No. **10-3313**

## SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE

To the above-named defendant:

You are hereby summoned and required to serve upon **Donald W. Mallory,** plaintiff's attorney, whose address is **250 E. Fifth Street, Suite 1200, Cincinnati, OH 45202**, either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney by the following date prescribed by the court **November 15, 2010,** except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of summons.

*[If this summons and complaint is served in a foreign country]* Service of your answer must be made by the following date prescribed by the court:

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE-TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET AT THE FOLLOWING TIME AND PLACE: **Tuesday, November 30, 2010 at 10:45 A.M., in Courtroom No. 2, Room 103, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.**

**ATTENDANCE AT PRE-TRIAL AT THE TIME STATED ABOVE IS REQUIRED UNLESS OTHERWISE AUTHORIZED BY THE COURT. TELEPHONE ATTENDANCE AUTHORIZED UPON 24 HOURS NOTICE TO CHAMBERS AT (419)213-5621 OR COURTROOM DEPUTY AT (419)213-5610.**

      **Kenneth J. Hirz**,  
*Clerk of the Bankruptcy Court*

By:    /s/ Barbara Laux   ,  
*Deputy Clerk*

*[Seal of the U. S. Bankruptcy Court]*  
Date of issuance:    October 14, 2010

Adversary Proceeding No. __10-3313__

# CERTIFICATE OF SERVICE

I,
of **
certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age;
    That on the            day of            , 20   ,
I served a copy of the within summons and notice of pretrial conference, together with the complaint filed in this proceeding, on



the defendant in this proceeding, by [describe here the mode of service]




I certify under penalty of perjury that the foregoing is true and correct.


Executed on _____     _____
                             [Date]                                                  [Signature]

_____
** State mailing address