**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: December 10 2010**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-35508 |
| | ) | |
| GOE Lima LLC, | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Adv. Pro. No. 10-3313 |
| | ) | |
| GOE Lima, LLC Liquidating Trust, | ) | Hon. Mary Ann Whipple |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Anthem Insurance Companies, Inc. dba | ) | |
| Anthem Blue Cross Blue Shield, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | | |

### ADVERSARY PROCEEDING
### SCHEDULING ORDER

This case came before the court on November 30, 2010, for an initial pretrial scheduling conference as set in the summons on Plaintiff's "Complaint to Avoid and Recover Avoidable Transfers Pursuant to 11 U.S.C. §§ 105, 547, 548, and/or 549 and 550; and Pendent or

Incorporated by 11 U.S.C. §544, The Ohio Uniform Fraudulent Transfer Act, O.R.C. Chapter 1336; and To Disallow Claim(s) Pursuant to §502(d)"("Complaint").  An Attorney for Plaintiff and an Attorney for Defendant both appeared by telephone.  The deadline for response to the Complaint will be extended and the pretrial conference will be adjourned to the date set below to allow the parties to further pursue settlement discussions prior to setting a formal case management schedule.

This pretrial scheduling order is entered pursuant to Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16 (b) and (d).

For good cause appearing,

**IT IS ORDERED** that a further pretrial scheduling conference will be held on **February 9, 2011, at 10:45 o'clock a.m.** Telephone appearances will be permitted with 24 hours advance notice to the court; and

**IT IS FURTHER ORDERED** that Defendant's deadline for response to the Complaint is hereby extended through and including **January 31, 2011**.